United States District Court
Southern District of Texas
**ENTERED**
November 28, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ADESNUMBO ADEGBENRO, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. 4:22-CV-00828 |
| BANK OF AMERICA, N.A., | § |
| Defendant. | § |

## ORDER

Before the Court is United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on November 10, 2022. Doc. #13. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety. Accordingly, Plaintiff's Motion for Remand (Doc. #8) is DENIED.

It is so ORDERED.

NOV 28 2022
Date

The Honorable Alfred H. Bennett
United States District Judge